An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ELVIN TURNER,
Appellant,
vs.
LVMPD-CCDC; AND THE STATE OF
NEVADA,
Respondents.

No. 66162

**FILED**

SEP 17 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



### *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order of the district court affirming a judgment of the justice court. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____

[1]In light of this disposition, all pending motions are denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-30810

cc: Hon. Joanna Kishner, District Judge
John Elvin Turner
Marquis Aurbach Coffing
Durham Jones & Pinegar
Attorney General/Carson City
Eighth District Court Clerk